No. A–771. BOLT v. SINGLETON ET AL. D. C. Alaska. Application for stay of proceedings, addressed to JUSTICE SCALIA and referred to the Court, denied.

No. A–871. DAVIS v. PAGE, WARDEN, ET AL. Application for certificate of probable cause and stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied.

No. A–873 (94–9265). DEVIER v. THOMAS, WARDEN. C. A. 11th Cir. Application for stay of execution of sentence of death, scheduled for 7 p.m., May 15, 1995, presented to JUSTICE KENNEDY, and by him referred to the Court, granted pending receipt of a response on or before 5 p.m., Tuesday, May 16, 1995, and further order of the Court.

No. D–1502. IN RE DISBARMENT OF STEUTERMANN. Disbarment entered. [For earlier order herein, see 513 U. S. 1143.]

No. D–1508. IN RE DISBARMENT OF SAMARCO. Disbarment entered. [For earlier order herein, see 513 U. S. 1144.]

No. D–1510. IN RE DISBARMENT OF WATSON. Disbarment entered. [For earlier order herein, see 513 U. S. 1188.]

No. D–1512. IN RE DISBARMENT OF PELS. Disbarment entered. [For earlier order herein, see 513 U. S. 1188.]

No. D–1513. IN RE DISBARMENT OF POLANSKY. Disbarment entered. [For earlier order herein, see 513 U. S. 1188.]

No. D–1515. IN RE DISBARMENT OF SIMONE. Disbarment entered. [For earlier order herein, see 513 U. S. 1188.]

No. D–1520. IN RE DISBARMENT OF DISCIPIO. Disbarment entered. [For earlier order herein, see ante, p. 1002.]

No. D–1523. IN RE DISBARMENT OF RUBIN. Disbarment entered. [For earlier order herein, see ante, p. 1013.]

No. D–1539. IN RE DISBARMENT OF QUAID. James F. Quaid, Jr., of Metairie, La., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on April 24, 1995 [ante, p. 1080], is hereby discharged.